# Order

Michigan Supreme Court
Lansing, Michigan

August 6, 2009

138662 & (29)(37)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

TIMOTHY LANDIN RODRIGUEZ and
ANTONIO LANDIN RODRIGUEZ,
      Plaintiffs-Appellants,

v

DAVID A. MERCHANT, MICHAEL T.
MADDALONI, STACIA J. BUCHANAN, and
MERCHANT & MADDALONI, P.C.,
      Defendants-Appellees.

SC: 138662
COA: 288495
Ingham CC: 06-000316-NM

_____/

      On order of the Court, the motions for miscellaneous relief are DENIED. The application for leave to appeal the March 4, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2009

0720

Clerk